# United States Bankruptcy Court

__SOUTHERN__ District of __NEW YORK__

**In re**

Eligin Realty Inc.,

Bankruptcy Case No. 11-23427 (RDD)

**Debtor.**
Social Security No.:
Employer Tax I.D. No.: 56-2389155

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named Debtor:**

A petition under title 11, United States Code was filed against you on __July 20, 2011__ in this Bankruptcy Court, requesting an order for relief under Chapter __7__ of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the Clerk: United States Bankruptcy Court
300 Quarropas Street, 2nd Floor
White Plains, New York 10601
www.nysb.uscourts.gov

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioner's Attorney |
|---|
| Emil Friedman and Tibor Hersko<br>1193 E 8th St<br>Brooklyn, NY 11230 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011 (c). If you fail to respond to this Summons, an order for relief will be entered.

Vito Genna
*Clerk of the Bankruptcy Court*

July 20, 2011    By: Mimi Correa
*Date*    *Deputy Clerk*

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service
     (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the involuntary petition was made _____ by:
     (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
*Date*                                                                            *Signature*

| *Print Name* |
| --- |
| *Business Address* |
| *City*          *State*          *Zip* |